THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Vernon Leach, Appellant.
 
 
 

Appeal From York County
 Roger L. Couch, Special Circuit Court Judge

Unpublished Opinion No. 2006-UP-085
Submitted January 1, 2006  Filed February 10, 2006    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, Assistant  Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Michael Vernon Leach appeals his convictions and concurrent sentences of thirty years and ten years for distribution of crack cocaine and distribution of crack cocaine within the proximity of a public playground or park, respectively.  Leach argues the trial court admitted his oral statement in violation of Jackson v. Denno, 378 U.S. 368 (1964).  Also, Leach has filed a pro se brief in which he asserts sixteen additional arguments.  After a thorough review of the record, of counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), and of Leachs pro se brief, we dismiss[1] Leachs appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.